Case No. 22-1186

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

KRISTINA GARCIA

Plaintiff - Appellant

v.

BEAUMONT HEALTH ROYAL OAK HOSPITAL; RACHEL LUCA

Defendants - Appellees

Upon consideration of the motion of Amicus Curiae Equal Employment Opportunity Commission to participate in oral argument and for additional argument time,

It is **ORDERED** that the motion be and it hereby is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: September 08, 2022